UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIRK KEVIN RICE,

      Petitioner,

                              File no: 1:05-CV-549

v.

                              HON. ROBERT HOLMES BELL

MICHIGAN PAROLE BOARD, et al.,

      Respondents.
                                      /

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

      ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

      THEREFORE, IT IS ORDERED that:

      Petitioner's habeas corpus petition is hereby **DENIED**.


Dated:  December 9, 2008         /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE